Rubie Riddiford Powner, appellee, v. Willard E. Powner, appellant. Gen. No. 37,959.

Heard in the first division of this court for the first district at the February term, 1935. Opinion filed June 17, 1935. Rehearing denied July 2, 1935.

Socrates, Davis & Cohen, for appellant; Nicholas A. Socrates, of counsel. Robert E. Cantwell, Jr., for appellee; Martin W. Grosse, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.